# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

## CASE NO: 1:20-54-RH-GRJ

JESSE HIEBLER, on behalf of himself and
all others similarly situated,

vs.

AK SECURITY SERVICES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, JESSE HIEBLER, and DAVID CARBONARO, by and through undersigned counsel hereby file their Notice of Settlement and advise this Court that the Parties have fully resolved this dispute and are in the process of preparing and finalizing the necessary documents to present to this Court for approval.

**Dated this 11th day of May 2020.**

    Respectfully Submitted,

    **USA EMPLOYMENT LAWYERS -**
    **JORDAN RICHARDS, PLLC**
    805 E. Broward Blvd. Suite 301
    Fort Lauderdale, Florida 33301
    (954) 871-0050
    *Counsel for Plaintiffs*

    By: */s/ Jordan Richards*
    JORDAN RICHARDS, ESQUIRE
    Florida Bar No. 108372
    jordan@jordanrichardspllc.com
    melissa@jordanrichardspllc.com
    jake@jordanrichardspllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing motion was filed through CM/ECF this 11th of May, 2020.

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

## SERVICE LIST

**HEATHER MEGLINO, ESQUIRE**
Florida Bar No. 91857
*heather@spirelawfirm.com*
SPIRE LAW, LLC
12249 Science Drive, Suite 155
Orlando, Florida 32826
*Counsel for Defendant*