## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

JESSE HIEBLER, et al

    VS                                                                      CASE NO.  1:20-cv-54-RH-GRJ

AK SECURITY SERVICES LLC

## JUDGMENT

The plaintiff, opt-in plaintiff, and defendant are ordered to comply with their settlement agreement. The court retains jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

 May 29, 2020                     s/ KELLI MALU
DATE                               Deputy Clerk: Kelli Malu